**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-301**

———————

WILLIAM TERRENCE CROSS,

                    Petitioner,

          v.

UNITED STATES OF AMERICA,

                    Respondent.

———————

On Petition for Permission to Appeal from the United States
District Court for the Eastern District of Virginia, at Norfolk.
Rebecca Beach Smith, District Judge.  (2:03-cr-00010-RBS-1)

———————

Submitted:  February 18, 2010        Decided:  February 23, 2010

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

William Terrence Cross, Petitioner Pro Se. Laura Pellatiro
Tayman, Assistant United States Attorney, Newport News,
Virginia, for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross petitions for permission under Fed. R. App. P. 5 to appeal the district court's 2003 order denying his motion to dismiss the federal indictment against him. We find that Cross has not met the requirements to permit an appeal under Rule 5. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>